EXHIBIT C

**Generated on:** This page was generated by TSDR on 2026-09-10 17:32:18 EDT

**Mark:** TESLA TERAFAB

TESLA TERAFAB

**US Serial Number:** 99829887

**Application Filing Date:** May 18, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Aug. 14, 2026

# Mark Information

**Mark Literal Elements:** TESLA TERAFAB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 97042

**Foreign Application Filing Date:** Mar. 30, 2026

**Foreign Application/Registration Country:** Jamaica

---

**Priority Claimed:** Yes

**Foreign Application Number:** 97042

**Foreign Application Filing Date:** Mar. 30, 2026

**Foreign Application/Registration Country:** Jamaica

---

**Priority Claimed:** Yes

**Foreign Application Number:** 97042

**Foreign Application Filing Date:** Mar. 30, 2026

**Foreign Application/Registration Country:** Jamaica

---

**Priority Claimed:** Yes

**Foreign Application Number:** 97042

**Foreign Application Filing Date:** Mar. 30, 2026

**Foreign Application/Registration Country:** Jamaica

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Semiconductor chips; chip carriers, namely, semiconductor chip housings; memory chips; integrated circuits; semiconductors; microchips

**International Class(es):** 009 - Primary Class **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Distribution services, namely, delivery of semiconductor chips, chip carriers, namely, semiconductor chip housings, memory chips, integrated circuits, semiconductors, and microchips

**International Class(es):** 039 - Primary Class **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**For:** Custom manufacture of semiconductor chips, memory chips, integrated circuits, and wafers

**International Class(es):** 040 - Primary Class **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**For:** Design of semiconductor chips; design of memory chips; product research, custom design, and testing for semiconductors, semiconductor systems, semiconductor cell libraries, wafer, and integrated circuits; microchip design for others

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | Yes |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Tesla, Inc.

**Owner Address:** 1 Tesla Road
Austin, TEXAS UNITED STATES 78725

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** TEXAS

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Anthony V. Lupo **Docket Number:** 038824.04796

**Attorney Primary Email Address:** tmdocket@afslaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Anthony V. Lupo
ArentFox Schiff LLP
1717 K St NW
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 857-6000

**Correspondent e-mail:** tmdocket@afslaw.com tesla@afslaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 14, 2026 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Aug. 14, 2026 | LETTER OF SUSPENSION E-MAILED | |
| Aug. 14, 2026 | SUSPENSION LETTER WRITTEN | |
| Aug. 11, 2026 | ASSIGNED TO EXAMINER | 83187 |
| Jul. 31, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 18, 2026 | APPLICATION FILING RECEIPT MAILED | |
| May 18, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** HACK, ANDREA R

**Law Office Assigned:** LAW OFFICE 108

**File Location**

**Current Location:** TMEG LAW OFFICE 108

**Date in Location:** Aug. 14, 2026

**Trademark/service mark application, Principal Register**
Serial number: 99829887
Mark: TESLA TERAFAB
Mark format: Standard character
Filing date: May 18, 2026 at 2:41:34 PM ET
Docket number: 038824.04796
Owner name: Tesla, Inc.
Amount paid: $2,200 (4 classes)

# Trademark details

Mark
TESLA TERAFAB
Mark format
**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | Tesla, Inc. |
| Entity type | Corporation |
| Place of organization/citizenship | Texas |
| **Mailing address information** | |
| *Address line 1 | 1 Tesla Road |
| *City | Austin |
| *State/territory | Texas |
| *Zip/postal code | 78725 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |
| The mailing address is the same as the owner's domicile address. | |

# Goods and services

## Filing basis information

Section 44(d)

## Identification of goods and services

**International Class 009**
Filing basis: Section 44(d)
*Semiconductor chips*; *chip carriers, namely, semiconductor chip housings*; *memory chips*; *integrated circuits*; *semiconductors*; *microchips*

*Character count: 134*

**44(d) foreign application information**
The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on the application identified below.

| | |
|---|---|
| Foreign application number | 97042 |
| Foreign application country/region/jurisdiction | Jamaica |
| Foreign filing date | 03/30/2026 |
| Intent to perfect 44(d) | The applicant intends to rely on Section 44(e) as the basis for registration. If the application ultimately proceeds to registration under another basis, the applicant wants to retain the foreign application filing date for priority. |
| Goods and services depicted | Semiconductor chips; chip carriers, namely, semiconductor chip housings; memory chips; integrated circuits; semiconductors; microchips |

**International Class 039**
Filing basis: Section 44(d)
*Distribution services, namely, delivery of semiconductor chips, chip carriers, namely, semiconductor chip housings, memory chips, integrated circuits, semiconductors, and microchips*

*Character count: 181*

**44(d) foreign application information**
The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on the application identified below.

| | |
|---|---|
| Foreign application number | 97042 |
| Foreign application country/region/jurisdiction | Jamaica |
| Foreign filing date | 03/30/2026 |
| Intent to perfect 44(d) | The applicant intends to rely on Section 44(e) as the basis for registration. If the application ultimately proceeds to registration under another basis, the applicant wants to retain the foreign application filing date for priority. |
| Goods and services depicted | Distribution services, namely, delivery of semiconductor chips, chip carriers, namely, semiconductor chip housings, memory chips, integrated circuits, semiconductors, and microchips |

**International Class 040**
Filing basis: Section 44(d)
*Custom manufacture of semiconductor chips, memory chips, integrated circuits, and wafers*

*Character count: 88*

**44(d) foreign application information**
The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on the application identified below.

| | |
|---|---|
| Foreign application number | 97042 |
| Foreign application country/region/jurisdiction | Jamaica |
| Foreign filing date | 03/30/2026 |
| Intent to perfect 44(d) | The applicant intends to rely on Section 44(e) as the basis for registration. If the application ultimately proceeds to registration under another basis, the applicant wants to retain the foreign application filing date for priority. |
| Goods and services depicted | Custom manufacture of semiconductor chips, memory chips, integrated circuits, and wafers |

**International Class 042**
Filing basis: Section 44(d)
*Design of semiconductor chips*; *design of memory chips*; *product research, custom design, and testing for semiconductors, semiconductor systems, semiconductor cell libraries, wafer, and integrated circuits*; *microchip design for others*

*Character count: 232*

**44(d) foreign application information**
The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on the application identified below.

| | |
|---|---|
| Foreign application number | 97042 |
| Foreign application country/region/jurisdiction | Jamaica |
| Foreign filing date | 03/30/2026 |
| Intent to perfect 44(d) | The applicant intends to rely on Section 44(e) as the basis for registration. If the application ultimately proceeds to registration under another basis, the applicant wants to retain the foreign application filing date for priority. |
| Goods and services depicted | Design of semiconductor chips; design of memory chips; product research, custom design, and testing for semiconductors, semiconductor systems, semiconductor cell libraries, wafer, and integrated circuits; microchip design for others |

## Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |

| | |
|---|---|
| Miscellaneous statements | |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | Anthony V. Lupo |
| Law firm | ArentFox Schiff LLP |
| *Address line 1 | 1717 K St NW |
| *City | Washington |
| *State/territory | District of Columbia |
| *Zip/postal code | 20006 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | tmdocket@afslaw.com |
| Primary telephone number | (202) 857-6000 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Docket or reference number

038824.04796

# Correspondence information

| | |
|---|---|
| *Correspondence name | Anthony V. Lupo |
| *Primary correspondence email address | tmdocket@afslaw.com |
| Docket or reference number | 038824.04796 |
| Courtesy copy email addresses | tesla@afslaw.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 4 |
| Base application fee, per class | $350 |
| Free form fee, per class | $200 |
| Total fees paid | $2,200 |

# Declaration and signature

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic signature | /Keaton Parekh/ |
| Signatory's name | Keaton Parekh |
| Signatory's position | Associate General Counsel, Head of IP |
| Date signed | 05/18/2026 |
| Signature method | Electronic signature emailed to third party |

STAMP:USPTO/APPB-**.***.***.***-20260518144134205-99829887-17.2-141ad4e3-c4a8-447c-9add-49527f0359ca-CARD-20260517095302279449

# TESLA TERAFAB