**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TESLA, INC., SPACE EXPLORATION TECHNOLOGIES CORP., and SPACEXAI LLC, | |
| Plaintiffs, | Case No. |
| v. | JURY TRIAL DEMANDED |
| TERA-PRINT, LLC, | |
| Defendant. | |

**PLAINTIFF TESLA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tesla, Inc., by and through its counsel, hereby states that:

Tesla, Inc. is a corporation organized and formed under the laws of the State of Texas. Tesla, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: September 15, 2026 Respectfully submitted,

*/s/ Travis R. Wimberly*
Travis R. Wimberly (TX 24075292)
Alexandra R. Curren (TX 24142816)
twimberly@pirkeybarber.com
acurren@pirkeybarber.com
**PIRKEY BARBER PLLC**
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200

*Attorneys for Plaintiffs Tesla, Inc., Space Exploration Technologies Corp., and SpaceXAI LLC*

Andrei Iancu (*pro hac vice* forthcoming)
iancua@sullcrom.com
Amy E. Proctor (*pro hac vice* forthcoming)
proctora@sullcrom.com
Caleb J. Downs (*pro hac vice* forthcoming)
downsc@sullcrom.com
Emily Olsen (*pro hac vice* forthcoming)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600

*Attorneys for Plaintiff Tesla, Inc.*