**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TESLA, INC., SPACE EXPLORATION TECHNOLOGIES CORP., and SPACEXAI LLC, | |
| Plaintiffs, | Case No. 01:26-cv-002543 |
| v. | JURY TRIAL DEMANDED |
| TERA-PRINT, LLC, | |
| Defendant. | |

**PLAINTIFF SPACE EXPLORATION TECHNOLOGIES CORP.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Space Exploration Technologies Corp. ("SpaceX") hereby discloses that SpaceX has no corporate parent and that no publicly held corporation holds 10 percent or more of SpaceX's outstanding common stock.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Travis R. Wimberly*
Travis R. Wimberly (TX 24075292)
Alexandra R. Curren (TX 24142816)
twimberly@pirkeybarber.com
acurren@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200

*Attorneys for Plaintiffs Tesla, Inc., Space Exploration Technologies Corp., and SpaceXAI LLC*

Megan K. Bannigan (*pro hac vice* forthcoming)
mkbannigan@debevoise.com
Jared I. Kagan (*pro hac vice* forthcoming)
jikagan@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Plaintiffs Space Exploration Technologies Corp. and SpaceXAI LLC*