**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TESLA, INC., SPACE EXPLORATION TECHNOLOGIES CORP., and SPACEXAI LLC, | |
| Plaintiffs, | Case No. 01:26-cv-002543 |
| v. | JURY TRIAL DEMANDED |
| TERA-PRINT, LLC, | |
| Defendant. | |

**SPACEXAI LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SpaceXAI LLC hereby discloses that it is a privately held limited liability company and is wholly owned by SpaceXAI Corp. Space Exploration Technologies Corp. is a publicly traded corporation that has 10% or more financial interest in SpaceXAI LLC.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Travis R. Wimberly*

Travis R. Wimberly (TX 24075292)
Alexandra R. Curren (TX 24142816)
twimberly@pirkeybarber.com
acurren@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200

*Attorneys for Plaintiffs Tesla, Inc., Space Exploration Technologies Corp., and SpaceXAI LLC*

Megan K. Bannigan (*pro hac vice* forthcoming)
mkbannigan@debevoise.com
Jared I. Kagan (*pro hac vice* forthcoming)
jikagan@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Plaintiffs Space Exploration Technologies Corp. and SpaceXAI LLC*